## Garber Unemployment Compensation Case.

Argued December 13, 1966. *Morris S. Garber,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Edward Friedman,*

Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

WATKINS, J., absent.